Marie MANHART et al.,
Plaintiffs-Appellees,

v.

CITY OF LOS ANGELES, DEPART-
MENT OF WATER AND POWER, a
body corporate and politic, et al., De-
fendants-Appellants.

Nos. 75–2729, 75–2807 and 75–2905.

United States Court of Appeals,
Ninth Circuit.

June 14, 1978.

David J. Oliphant, Deputy City Atty. (ar-
gued), Los Angeles, Cal., for defendants-ap-
pellants.

Robert M. Dohrmann (argued), of
Schwartz, Steinsapir & Dohrmann, Los An-
geles, Cal., for plaintiffs-appellees.

Before CHAMBERS, DUNIWAY and
KILKENNY, Circuit Judges.

ORDER

DUNIWAY, Circuit Judge.

The Supreme Court of the United States,
upon petition for a writ of certiorari, has
vacated the judgment of this court, 553
F.2d 581, and remanded the case to us for
further proceedings in conformity with the
opinion of the Supreme Court, *City of Los
Angeles, Department of Water and Power,
et al. v. Manhart et al.,* —— U.S. ——, 98
S.Ct. 1370, 55 L.Ed.2d 657 (1978). Pursuant
to the mandate of the Supreme Court, it is
ordered that that portion of the injunction
issued by the district court which awarded a
refund of all excess contributions by the
plaintiffs made on or after April 5, 1972, is
hereby reversed. In all other respects, the
injunction issued by the district court is
affirmed.